

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 03 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: VICENTE CABULOY, SR.,<br><br>    Debtor.<br><br>---<br><br>MILAGROS CABULOY BURCENA; et al.,<br><br>    Appellants,<br><br> v.<br><br>BANK ONE, formerly known as First National Bank of Chicago,<br><br>    Appellee. | No. 07-17134<br><br>D.C. No. CV-06-00422-HG/KSC<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, Chief Judge, Presiding

---

  [*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

LS/Research

Submitted July 29, 2009[**]

Before:    WALLACE, LEAVY, and HAWKINS, Circuit Judges.

Milagros Cabuloy Burcena and others ("Burcena") appeal from the district court's judgment affirming the bankruptcy court's order annulling the automatic stay as to Bank One's foreclosure sale. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review de novo the district court's conclusion that the appeal is moot, *Nat'l Mass Media Telecomm. Sys., Inc., v. Stanley (In re Nat'l Mass Media Telecomm. Sys., Inc.)*, 152 F.3d 1178, 1180 (9th Cir. 1998), and we affirm.

The appeal is moot because Burcena failed to obtain a stay of the sale of the property to a nonparty. *See id.* (affirming dismissal on mootness grounds where property at issue was sold and court could not grant effective relief).

Burcena's contentions that the appeal is not moot because the bankruptcy court lacked jurisdiction and thus state law permits invalidation of the sale is unpersuasive. The bankruptcy court retained jurisdiction to annul the automatic stay after dismissal. *See Aheong v. Mellon Mortgage Co. (In re Aheong)*, 276 B.R. 233, 239-40 & n.8 (B.A.P. 9th Cir. 2002) (concluding that bankruptcy court had

---

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction to annul automatic stay after dismissal because the order effectuated and interpreted the dismissal order).

Further, the debtor's death did not affect the bankruptcy court's jurisdiction. *See* Fed. R. Bankr. P. 1016 (stating that in the event of the debtor's death, "the estate shall be administered and the case concluded in the same manner, so far as possible, as though the death . . . had not occurred").

Finally, Bank One properly served notice of the hearing on the motion to annul by mailing it to the last known address of the debtor. *See* Fed. R. Bankr. P. 7004(b), 9014(a), (b) (allowing service by mail of motions).

Bank One's request for judicial notice is granted.

**AFFIRMED.**

07-17134 Burcena, et al v. Bank One "Oral Screening
Memorandum Filed"
ca9_ecfnoticing
to:

08/03/2009 08:25 AM
Show Details

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/03/2009 at 11:24:02 AM PDT and filed on 08/03/2009

| | |
|---|---|
| **Case Name:** | Burcena, et al v. Bank One |
| **Case Number:** | 07-17134 |
| **Document(s):** | Document(s) |

**Docket Text:**
FILED MEMORANDUM (J. CLIFFORD WALLACE, EDWARD LEAVY and MICHAEL DALY HAWKINS) AFFIRMED; Bank Oneâ s request for judicial notice is granted. FILED AND ENTERED JUDGMENT. [7013162] (DMM)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 07-17134.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/03/2009]
[FileNumber=7013162-0]
[60acdb27866dc71ca12f12406553cc6b05c91aefd8702cc478d8d3ef6cd

**Document Description:** post judgment form
**Original Filename:** post-judgment-&-bill-of-costs.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/03/2009]
[FileNumber=7013162-1]
[67701319a7c1ec75c3c44b816bd5f0ae1bcd61822d049570d55d45ad8c0

**Notice will be electronically mailed to:**

USDC, Honolulu

Mr. McAllister, David Edward (*daily summary*)

**Notice will be mailed to:**

Dubin, Gary Victor, Attorney
Suite 3100
55 Merchant St.
Honolulu, HI 96813

Honorable Gillmor, Helen, U.S. District Judge
District of Hawaii (Honolulu)
United States Courthouse
300 Ala Moana Blvd.
Honolulu, HI 96850

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 7013162
**RELIEF(S) DOCKETED:**
    AFFIRMED
    to take judicial notice
**DOCKET PART(S) ADDED:** 6442714, 6442715, 5548615